UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21140-CIV-ALTONAGA/O'Sullivan

**ROSALYN ELAINE DICKERSON**,

      Plaintiff,

v.

**WEST GABLES REHABILITATION HOSPITAL, L.L.C.**, *et al.*,

      Defendants.

_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **May 1, 2017**. In addition, by **May 1, 2017**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Chambers at Miami, Florida this 4th day of April, 2017.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The parties must not include Judge Altonaga and U.S. Magistrate Judge Goodman as interested parties unless they have an interest in the litigation.