AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ROSALYN ELAINE DICKERSON, <br><br> *Plaintiff(s)* <br> v. <br> HACIENDA CARE VI, L.P. d/b/a WEST GABLES HEALTH CARE CENTER, MARILYN CRESPO, and MARCO CARRASCO, <br><br> *Defendant(s)* | Civil Action No. 17-cv-21140-CMA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> HACIENDA CARE VI, L.P. d/b/a WEST GABLES HEALTH CARE CENTER
> NRAI SERVICES, INC, Registered Agent
> 1200 South Pine Island Road
> Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Allyson Morgado, Esq.
> Corona Law Firm
> 3899 NW 7th Street, 2nd Floor
> Miami, FL 33126

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 10, 2017

Steven M. Larimore
Clerk of Court

s/ Doris Jones
Deputy Clerk
U.S. District Courts