UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21140-CIV-ALTONAGA/O'Sullivan

**ROSALYN ELAINE DICKERSON**,

    Plaintiff,
v.

**WEST GABLES REHABILITATION HOSPITAL, LLC**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On May 2, 2017, the Court entered an Order Setting Trial ("Scheduling Order") [ECF No. 20], requiring the parties to select a mediator in accordance with Local Rule 16.2; schedule a time, date, and place for mediation; and file a joint proposed order scheduling mediation by May 23, 2017. The parties have failed to file a notice of mediation attaching a proposed order in accordance with the Scheduling Order.[1] It is therefore

**ORDERED AND ADJUDGED** that by **May 26, 2017**, the parties shall comply with the requirements of the Scheduling Order. Failure to comply may result in dismissal without prejudice without further notice.

**DONE AND ORDERED** in Miami, Florida, this 24th day of May, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The parties are reminded in addition to attaching the proposed order to the mediation notice, the proposed order must also be e-mailed to the judge's email address (altonaga@flsd.uscourts.gov) in Word format. The e-mail line and the name of the attachment should include the case number, followed by a short description of the attachment (e.g., 00-cv-00000 Order).